IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CAREY A. FORTSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:13-CV-51-CDL |
| | : | |
| COLUMBIA FARMS FEED MILL, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

Plaintiff Carey A. Fortson filed this action seeking judicial review of the decision of the Equal Employment Opportunities Commission to dismiss his claim against Defendants for age and race discrimination. (ECF No. 1.) Plaintiff paid the required filing fee on June 26, 2013, after the Court denied his motions for leave to proceed *in forma pauperis* ("IFP"). (Text-only Order, June 24, 2013.) On July 30, 2014, the Court granted Defendants' motion for summary judgment (ECF No. 53) and judgment was entered the same day in favor of Defendants (ECF No. 54).

Plaintiff has now filed a Notice of Appeal (ECF No. 55) and a Motion for leave to appeal IFP (ECF No. 58) from this Court's Order dismissing his Complaint. In the Court's best judgment, an appeal from this Order cannot be taken in good faith. Plaintiff's motion to proceed *in forma pauperis* on appeal is accordingly **DENIED**. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."). If Plaintiff wishes to proceed with his appeal, he must pay the entire $505.00 appellate filing fee. Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule

24 of the Federal Rules of Appellate Procedure.

**SO ORDERED** this 25th day of August, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE